IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY JAMES<br>F/D/B/A PREHISTORIC JOURNEYS<br>APRIL JAMES<br>F/D/B/A PREHISTORIC JOURNEYS | Chapter 7 |
| Debtor(s) | Case No.: 1:05-bk-05108-MDF<br>Case No.: 1:05-ap-00183 |

## CERTIFICATE OF MAILING

The undersigned deputy clerk hereby certifies that a true and correct copy of the attached document was served on the following by placing a copy of same in first class U.S. mail today, postage prepaid, addressed as follows:

Carey Olson
c/o Barker, Wilson, Reynolds and Burke
211 Zinnia Street
PO Box 100
Belle Fourche, SD 57717

Date: April 19, 2007

*[signature]*
Daneisha Dunbar, Deputy Clerk